# AFFIDAVIT OF SERVICE

| Case:<br>17-cv-239-RC | Court:<br>United States District Court for the District of Columbia | County:<br>District of Columbia, DC | Job:<br>6934011 |
|---|---|---|---|
| Plaintiff / Petitioner:<br>Jenkins, ex. rel USA | | Defendant / Respondent:<br>Sanford Capital, LLC, et al. | |
| Received by:<br>CPI - Columbia Process and Investigative Services LLC | | For:<br>Nidel & Nace, PLLC | |
| To be served upon:<br>E&G Group II, LLC, c/o CT Corporation System | | | |

I, Marquis Harris, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** E&G Group II, LLC, c/o CT Corporation System, 1015 15th Street NW, Suite 1000, Washington, DC 20005
**Manner of Service:**
**Documents:** Subpoena Duces Tecum

**Additional Comments:**
On Aril 11, 2022 at 11:46 AM, I served the Recipient, E&G Group II, LLC, c/o Corporation System, the referenced documents at the referenced address via service upon Intake Specialist, Monique Williams, who is authorized to accept service on behalf of the Recipient.

Monique Williams is a Black Female with black hair. Ms. Williams is approximately 5'6", 190 pounds, and in her 30's.

I do solemnly declare and affirm under the penalty of perjury that the contents of the foregoing paper are true to the best of my knowledge, information, and belief.

_____   4-11-22
Marquis Harris                  Date

CPI - Columbia Process and Investigative Services LLC
5406 Connecticut Avenue, N.W. Suite 108
Washington, DC 20015